Composite Exhibit A

# United States Patent Office

**902,190**
Registered Nov. 10, 1970

## PRINCIPAL REGISTER
### Trademark

Ser. No. 339,492, filed May 28, 1969

# CHANEL

Chanel, Inc. (New York corporation)
1 W. 57th St.
New York, N.Y.   10019

For: BRACELETS, PINS, AND EARRINGS, in CLASS 28 (INT. CL. 14).

First use in 1914; in commerce in or before 1925.
Owner of Reg. No. 612,169.



7412409

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 16, 2013

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,241,264* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *June 07, 1983*
*2nd* RENEWAL FOR A TERM OF *10* YEARS FROM *June 07, 2013*
SECTION 8 & 15
LESS GOODS
SAID RECORDS SHOW TITLE TO BE IN:
   *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. LAWRENCE
Certifying Officer

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,241,264
Registered Jun. 7, 1983

## TRADEMARK
### Principal Register



Chanel, Inc. (New York corporation)
9 W. 57th St.
New York, N.Y. 10019

For: SUITS, JACKETS, SKIRTS, DRESSES, PANTS, BLOUSES, TUNICS, SWEATERS, CARDIGANS, TEE-SHIRTS, CAPES, COATS, RAINCOATS, JACKETS MADE OF FEATHERS, SHAWLS, SCARVES, SHOES AND BOOTS, in CLASS 25 (U.S. Cl. 39).

First use Dec. 21, 1976; in commerce Dec. 21, 1976.

Owner of U.S. Reg. Nos. 239,992 and 1,084,877.

Ser. No. 359,660, filed Apr. 14, 1982.

CRAIG K. MORRIS, Examiner



7412409

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 17, 2013

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,241,265* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *June 07, 1983*
*2nd* RENEWAL FOR A TERM OF *10* YEARS FROM  *June 07, 2013*
SECTION 8 & 15
LESS GOODS
SAID RECORDS SHOW TITLE TO BE IN:
   *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,241,265
Registered Jun. 7, 1983

## TRADEMARK
### Principal Register

## CHANEL

Chanel, Inc. (New York corporation)
9 W. 57th St.
New York, N.Y. 10019

For: SUITS, JACKETS, SKIRTS, DRESSES, PANTS, BLOUSES, TUNICS, SWEATERS, CARDIGANS, TEE-SHIRTS, CAPES, COATS, RAINCOATS, JACKETS MADE OF FEATHERS, SHAWLS, SCARVES, SHOES AND BOOTS, in CLASS 25 (U.S. Cl. 39).

First use 1914; in commerce 1925.

Owner of U.S. Reg. Nos. 915,139, 1,177,400 and others.

Ser. No. 359,661, filed Apr. 14, 1982.

CRAIG K. MORRIS, Examiner

Int. Cls.: 6, 14, 16, 25 and 26

Prior U.S. Cls.: 13, 28, 37, 39 and 40

**Reg. No. 1,501,898**

# United States Patent and Trademark Office

Registered Aug. 30, 1988

## TRADEMARK
## PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: KEYCHAINS, IN CLASS 6 (U.S. CL. 13).
FIRST USE 9–0–1981; IN COMMERCE 9–0–1981.
FOR: COSTUME JEWELRY, IN CLASS 14 (U.S. CL. 28).
FIRST USE 9–0–1981; IN COMMERCE 9–0–1981.
FOR: GIFT WRAPPING PAPER , IN CLASS 16 (U.S. CL. 37).
FIRST USE 8–0–1986; IN COMMERCE 8–0–1986.

FOR: BLOUSES, SHOES, BELTS, SCARVES, JACKETS, MEN'S TIES, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9–0–1981; IN COMMERCE 9–0–1981.
FOR: BROOCHES, BUTTONS FOR CLOTHING, IN CLASS 26 (U.S. CL. 40).
FIRST USE 9–0–1981; IN COMMERCE 9–0–1981.
OWNER OF U.S. REG. NOS. 195,359, 1,347,094 AND OTHERS.

SER. NO. 644,065, FILED 2–9–1987.

JANE MCCABE, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,133,139**
Registered Aug. 22, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

  FOR: JEWELRY AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

  FIRST USE 0-0-1914; IN COMMERCE 0-0-1925.

  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

  OWNER OF U.S. REG. NOS. 195,360, 2,812,740 AND OTHERS.

  SER. NO. 78-725,496, FILED 10-3-2005.

REBECCAH GAN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# CHANEL

**Reg. No. 3,890,159**

**Registered Dec. 14, 2010**

**Int. Cls.: 9, 16 and 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHANEL, INC. (NEW YORK CORPORATION)
CHANEL LEGAL DEPARTMENT
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: CASES FOR TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-1-2010; IN COMMERCE 4-1-2010.

FOR: TEMPORARY TATTOOS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-17-2010; IN COMMERCE 2-17-2010.

FOR: KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 4-1-2010; IN COMMERCE 4-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 195,360, 3,134,695 AND OTHERS.

SER. NO. 85-026,466, FILED 4-29-2010.

TRICIA SONNEBORN, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,074,269**

**Registered Dec. 20, 2011**

**Int. Cls.: 9, 16 and 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHANEL., INC. (NEW YORK CORPORATION)
CHANEL LEGAL DEPARTMENT
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: PROTECTIVE COVERS FOR PORTABLE ELECTRONIC DEVICES, HANDHELD DI-
GITAL DEVICES, PERSONAL COMPUTERS AND CELL PHONES, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 4-1-2010; IN COMMERCE 4-1-2010.

FOR: TEMPORARY TATTOOS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-1-2010; IN COMMERCE 4-1-2010.

FOR: KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 4-1-2010; IN COMMERCE 4-1-2010.

OWNER OF U.S. REG. NOS. 1,501,898, 3,025,936 AND OTHERS.

THE MARK CONSISTS OF BACK-TO-BACK INTERLOCKING CS.

SER. NO. 85-341,276, FILED 6-8-2011.

DANNEAN HETZEL, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL**
**TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE**
**DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or**
**reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the**
**USPTO website for further information. With the exception of renewal applications for registered**
**extensions of protection, you can file the registration maintenance documents referenced above online**
**at** http://www.uspto.gov.